UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-80099-CIV-RYSKAMP\VITUNAC

WILLIAM D. TOWE and
MICHAEL R. McCURRY,

    Plaintiffs,

v.

ROOKERY PARK ESTATES, LLC,

    Defendant.

_____/

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**

THIS CAUSE comes before the Court upon the parties' stipulation of dismissal **[DE 14]** filed on July 24, 2008. After considering the parties' stipulation, it is hereby

ORDERED AND ADJUDGED that the motion to grant the stipulated dismissal **[DE 14]** is GRANTED. The case is hereby dismissed with prejudice. The Clerk of the Court is ordered to close this case and to deny any pending motions as moot.

DONE AND ORDERED on this 30 day of July, 2008.

                                        /s/ Kenneth L. Ryskamp
                                        KENNETH L. RYSKAMP
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record